IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                                           ) | |
|         Plaintiff,                                    ) | |
|                                                           ) | |
|     v.                                                 ) | Case No. 05-cr-40029-JPG |
|                                                           ) | |
| WABASH VALLEY SERVICE        ) | |
| COMPANY et al.,                            ) | |
|                                                           ) | |
|         Defendants.                              ) | |

## JUDGMENT IN A CRIMINAL CASE

**Decision by Court.**  This matter having come before the Court on Defendants' motion to dismiss the charges against them and to declare 7 U.S.C. § 136j(a)(2)(G) unconstitutional and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that all charges against defendants Wabash Valley Service Co., Glen S. Kinder and Noah David Horton in this case are **DISMISSED**.

**DATE: March 16, 2006**

                                                              **NORBERT G. JAWORSKI, CLERK**

                                                              **By:s/DeborahAgans,**
                                                                      **Deputy Clerk**


**APPROVED: /s/ J. Phil Gilbert              **
                **J. PHIL GILBERT**
                **U.S. District Judge**

1