## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-cr-40029-JPG |
| ) | |
| WABASH VALLEY SERVICE ) | |
| COMPANY et al., ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT IN A CRIMINAL CASE

**Decision by Court.** This matter having come before the Court on the Government's motion to dismiss the information against all Defendants and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that the Information against defendants Wabash Valley Service Co., Glen S. Kinder and Noah David Horton is **DISMISSED WITH PREJUDICE.**

**DATE: June 12, 2006**

**NORBERT G. JAWORSKI, CLERK**

**by:s/Deborah Agans, Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
            **J. PHIL GILBERT**
            **U.S. District Judge**

1